CYNTHIA M. COHEN (State Bar No. 93639)
ccohen@glaserweil.com
PETER M. BRANSTEN (State Bar No. 113352)
pbransten@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
333 S. Hope Street, Suite 2610
Los Angeles, CA  90071
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Attorneys for Plaintiff and Cross-Claim Defendant
Mauricio Betancur

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>KANDY KISS OF CALIFORNIA, a California corporation,<br><br>　　　　　　　Debtor. | Case No. 1:17-bk-10378-VK<br><br>Chapter 7<br><br>Superior Court Case No.  LC103823<br><br>**NOTICE OF REMOVAL**<br><br>[No Hearing Scheduled] |
| MAURICIO BETANCUR,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>KANDYKISS, INC., a California corporation<br><br>　　　　　　　Defendant. | Adversary No. _____ |
| KANDY KISS OF CALIFORNIA, INC., a California corporation,<br><br>　　　　　　　Cross-Complainant,<br><br>　v.<br><br>TARGET CORPORATION, et al.,<br><br>　　　　　　　Cross-Defendants. | |

1

1419504

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §1452 (a) and General Order No. 13-05 of the United States District Court for the Central District of California, plaintiff and cross-claim defendant Mauricio Betancur ("Betancur") hereby removes this action from the Superior Court of the State of California for the County of Los Angeles to the United States Bankruptcy Court for the Central District of California. In support of this Notice of Removal, Betancur alleges as follows:

1. This civil action was initiated by Betancur by the filing of a Complaint for Damages (the "Complaint") on or about January 29, 2016, in the Superior Court of the State of California for the County of Los Angeles, thereby commencing Case No. LC103823 (the "State Court Action"). The Complaint was amended twice by the filing of a First Amended Complaint for Damages on or about June 13, 2016, and a Second Amended Complaint for Damages on or about September 20, 2016.

2. On or about February 21, 2017, a Notice of Stay of Proceedings was filed in the State Court Action notifying the Court and other parties that the State Court Action was stayed by 11 U.S.C. § 362 because of the filing on February 14, 2017 of an involuntary petition for relief under chapter 7 of the Bankruptcy Code against the debtor herein.

3. The cross-action was initiated purportedly by the debtor herein by the filing of a cross-complaint in the State Court Action on or about July 31, 2017. The cross-action is against Betancur and others. The cross-action has not been stayed.

4. This Court has jurisdiction over the State Court Action pursuant to 28 U.S.C. 1334(b), in that the State Court Action is a civil proceeding "arising under or arising in or related to a case under title 11" - - namely Case No. 1:17-bk-10378-VK (the "Bankruptcy Case").

5. Venue in this Court is proper pursuant to 28 U.S.C. § 1409(a), in that the Bankruptcy Case is pending in this Court.

6. This Notice of Removal has been timely filed pursuant to Fed. R. Bankr. P. 9027 (a)(2)(A), in that it has been filed before the expiration of 90 days after entry of the order for relief in the Bankruptcy Case.

7. There is no other party to the State Court Action who or which is required to join in

1419504

1. this Notice of Removal.

2. 8. Betancur consents to entry of final order and judgment in the Bankruptcy Court pursuant to a jury trial in the Bankruptcy Court.

3. 9. In compliance with Local Bankruptcy Rule 9027-1(b), a notice of status conference is being filed concurrently herewith.

4. 10. In compliance with Local Bankruptcy Rule 9027-(d), copies of the court docket and all process and pleadings in the State Court Action obtained by Betancur as of the date of this Notice have been filed in the accompanying Appendix to Notice of Removal filed concurrently with this Notice.[1]

5. 11. In compliance with 28 U.S.C. § 1446(d), notice of the filing of this Notice of Removal will be served promptly on all other parties to the State Court Action.

6. 12. In compliance with 28 U.S.C. § 1446(d), notice of the filing of this Notice of Removal will be filed promptly with the Superior Court for the State of California for the County of Los Angeles.

Dated: November 30, 2017

GLASER WEIL FINK HOWARD
 AVCHEN & SHAPIRO LLP
CYNTHIA M. COHEN
PETER M. BRANSTEN


By  /s/ Cynthia M. Cohen
    Attorneys for Plaintiff and Cross-Claim Defendant
    Mauricio Betancur

---

[1] Betancur has not been served with all pleadings filed in the State Court Action, and is attempting to obtain those unserved pleadings from the state court and other counsel and will file them as and when obtained in a supplement to the Appendix.

3

1419504

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS**<br><br>Mauricio Betancur | **DEFENDANTS**<br><br>KandyKiss, Inc. |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Cynthia M. Cohen, Esq. and Peter M. Bransten, Esq.<br>Glaser Weil, 333 S. Hope Street, Suite 2610<br>Los Angeles, CA  90071    Telephone: (310) 553-3000 | **ATTORNEYS** (If Known)<br>Daniel Lev (Proposed General Counsel to Chapter 7 Trustee)<br>Sulmeyer Kupetz, 333 S. Hope Street, Suite 3500<br>Los Angeles, CA  90071 |
| **PARTY** (Check One Box Only)<br>☐ Debtor     ☐ U.S. Trustee/Bankruptcy Admin<br>☑ Creditor   ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor     ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor   ☐ Other<br>☑ Trustee |
| **CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)<br>Notice of Removal (28 U.S.C. §§ 1334. 1409, 1446, 1452) ||

| NATURE OF SUIT ||
|---|---|
| (Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.) ||
| **FRBP 7001(1) – Recovery of Money/Property**<br>☐ 11-Recovery of money/property - §542 turnover of property<br>☐ 12-Recovery of money/property - §547 preference<br>☐ 13-Recovery of money/property - §548 fraudulent transfer<br>☐ 14-Recovery of money/property - other<br><br>**FRBP 7001(2) – Validity, Priority or Extent of Lien**<br>☐ 21-Validity, priority or extent of lien or other interest in property<br><br>**FRBP 7001(3) – Approval of Sale of Property**<br>☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)<br><br>**FRBP 7001(4) – Objection/Revocation of Discharge**<br>☐ 41-Objection / revocation of discharge - §727(c),(d),(e)<br><br>**FRBP 7001(5) – Revocation of Confirmation**<br>☐ 51-Revocation of confirmation<br><br>**FRBP 7001(6) – Dischargeability**<br>☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims<br>☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud<br>☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny<br>(continued next column) | **FRBP 7001(6) – Dischargeability (continued)**<br>☐ 61-Dischargeability - §523(a)(5), domestic support<br>☐ 68-Dischargeability - §523(a)(6), willful and malicious injury<br>☐ 63-Dischargeability - §523(a)(8), student loan<br>☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)<br>☐ 65-Dischargeability - other<br><br>**FRBP 7001(7) – Injunctive Relief**<br>☐ 71-Injunctive relief – imposition of stay<br>☐ 72-Injunctive relief – other<br><br>**FRBP 7001(8) Subordination of Claim or Interest**<br>☐ 81-Subordination of claim or interest<br><br>**FRBP 7001(9) Declaratory Judgment**<br>☐ 91-Declaratory judgment<br><br>**FRBP 7001(10) Determination of Removed Action**<br>☑ 01-Determination of removed claim or cause<br><br>**Other**<br>☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*<br>☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case) |
| ☑ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
| ☑ Check if a jury trial is demanded in complaint | Demand $ 1,000,000 plus |
| Other Relief Sought ||

1421957

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | | |
|---|---|---|---|
| NAME OF DEBTOR<br>In Re Kandy Kiss of California, Inc. | | BANKRUPTCY CASE NO.<br>1:17-bk-10378-VK | |
| DISTRICT IN WHICH CASE IS PENDING<br>Central District of California | | DIVISION OFFICE<br>San Fernando Valley | NAME OF JUDGE<br>Judge Kaufman |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | | |
| PLAINTIFF | DEFENDANT | | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>[signature: Cynthia M. Cohen] | | | |
| DATE<br>November 30, 2017 | | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Cynthia M. Cohen | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.